IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT ALEXANDRE,

      Plaintiff,

v.                                           No. CV 11–0384 LAM

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause (Doc. 6)*, entered May 25, 2011, in which the Court ordered Plaintiff to show good cause why his complaint should not be dismissed by either filing an amended complaint or additional briefing stating a claim for relief and presenting Plaintiff's argument on the law and facts in support of the claims raised. On June 22, 2011, Plaintiff filed an *Amended Social Security Complaint (Doc. 7)*, which the Court finds sufficiently states a claim for relief and presents Plaintiff's argument on the law and facts in support of his claims. Therefore, the Court will quash its Order to Show Cause. The Court will enter a separate order ruling on Plaintiff's *in forma pauperis* motion.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause (Doc. 6)*, is hereby **QUASHED**.

**IT IS SO ORDERED.**

                                                      _____
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**