IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT J. ALEXANDRE,**

    Plaintiff,

v.                                                    No. 11-cv-0384 JB/SMV

**SOCIAL SECURITY ADMINISTRATION,**
**MICHAEL J. ASTRUE, Comm'r of SSA,**

    Defendants.

### ORDER DENYING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Enlargement of Time for Reply [Doc. 29] ("Motion").[1] Plaintiff requests an extension of time until March 29, 2012, to reply to [his] Motion to Remand or Reverse. *Id.* The current deadline for filing the reply, however, is April 3, 2012. Order [Doc. 24]

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion for Enlargement of Time for Reply [Doc. 29] is **DENIED as moot**.

**IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] Plaintiff failed to submit a proposed order, as required by D.N.M.LR-Civ. 7.2.